**Petition Granted and Order filed April 1, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00066-CV**
_____

**TRIPLE P.G. SAND DEVELOPMENT, LLC, ET AL., Appellants**

**V.**

**STEVEN NELSON, ET AL., Appellees**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-10361**

## ORDER

Appellants filed a petition for permissive interlocutory appeal pursuant to Texas Civil Practices and Remedies Code section 51.014(f). *See* Tex. Civ. Prac. & Rem. Code § 51.014(f); *see also* Tex. R. App. P. 28.3. The petition is granted. The notice of appeal is deemed to have been filed as of the date of this order. Tex. R. App. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id.* A copy of this order shall be filed with the trial court clerk for the 281st District Court of Harris County, Texas.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Wilson.